EDITH E. H. McINTOSH, Respondent, *v.* ARTHUR P. WOLFE, Appellant.

*McIntosh* v. *Wolfe*, 146 App. Div. 885, appeal dismissed. (Submitted October 1, 1917; decided October 9, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1911, affirming a

judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

The motion was made upon the grounds that the Court of Appeals was without jurisdiction to hear the appeal and that the appellant had been guilty of laches in filing the return.

*Guy B. Moore* for motion.

*Francis F. Baker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.